[Nos. 45235-9-II; 45238-3-II.   Division Two.   October 23, 2014.]

*In the Matter of the Marriage of* BRIAN LEE MASSINGHAM, *Appellant*, and KAREN NICOLE MASSINGHAM, *Respondent*.

Appeals from a judgment of the Superior Court for Lewis County, No. 11-3-00031-3, Nelson E. Hunt, J., entered July 12, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Hunt, J. Pro Tem., concurred in by Bjorgen, A.C.J., and Lee, J.

[No. 31682-3-III.   Division Three.   October 23, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ULISES RAMIREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 13-1-50041-7, Robert G. Swisher, J., entered May 22, 2013. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Brown, A.C.J., and Fearing, J.

[No. 31748-0-III.   Division Three.   October 23, 2014.]

CHEWELAH GOLF AND COUNTRY CLUB ASSOCIATION, *Respondent*, v. WILBUR "WOODY" WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 10-2-00450-3, John F. Strohmaier, J. Pro Tem., entered May 20, 2013. *Affirmed in part* and *reversed in part* by unpublished opinion per Lawrence-Berrey, J., concurred in by Brown, A.C.J., and Fearing, J.

[No. 69217-8-I.   Division One.   October 27, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JOSEPH BAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-10612-4, LeRoy McCullough, J., entered August 17, 2012. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Cox and Dwyer, JJ.